**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MARIALYS PEREZ-CAMPOS and JOSE : 
PEREZ, 

                       : 

                    Plaintiffs  : 

    v.                     : 

                       : 

NORRISTOWN BOROUGH, DERRICK : 
WOOD, and DANA GANARD 

                       : 

                Defendants.  : 

                       : 

**DEFENDANTS, MUNICIPALITY OF NORRISTOWN,
DERRICK WOOD, AND DANA GANARD'S
<u>NOTICE OF REMOVAL</u>**

Defendants, Municipality of Norristown, (incorrectly identified in the Complaint as "Norristown Borough"), former Chief of Police Derrick Wood, and Officer Dana Ganard (hereinafter "Moving Defendants"), hereby give notice of removal of this action from the Court of Common Pleas of Montgomery County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania, and in support thereof aver as follows:

1.      On October 6, 2022, Plaintiffs, Marialys Perez-Campos and Jose Perez, through their attorneys, Pansini, Mezrow & Davis, initiated the instant civil rights action by filing a Complaint in the Court of Common Pleas, Montgomery County, Pennsylvania, No. 2022-19104, against the following Defendants: Municipality of Norristown, former Chief of Police Derrick Wood, and Officer Dana Ganard. <u>See</u> Complaint (Exhibit "A").

2.      On November 11, 2022, Plaintiffs filed a Praecipe to Reinstate Complaint – Civil Action in the Court of Common Pleas of Montgomery County, Pennsylvania. <u>See</u> Montgomery County Civil Docket (Exhibit "B").

3. On November 22, 2022, the Moving Defendants were served with Plaintiffs' Complaint.

4. In their Complaint, Plaintiffs allege multiple counts of violations of their rights under the Fourteenth Amendment to the United States Constitution pursuant to 42 U.S.C. § 1983 against all Moving Defendants. See Exhibit "A."

5. Plaintiffs also allege state law claims against all Moving Defendants. See Exhibit "A."

6. Moving Defendants submit that the present lawsuit is removable from State Court to the United States District Court for the Eastern District of Pennsylvania, pursuant to 28 U.S.C. §1331, §1441(a), §1441(c)(2), §1443, and §1367 in that United States District Courts shall have original jurisdiction of all civil actions arising under the Constitution of the United States, *see Baldi v. City of Philadelphia*, 609 F.Supp. 162 (E.D.Pa. 1985), and that the court may exercise pendent jurisdiction over the state law claims as they arise from the same controversy as the Federal claims.

7. This Notice of Removal is timely as it is filed within thirty (30) days of the receipt by the Defendants of a copy of the Complaint, which was the first notice that the claims for relief upon which the action is based rely upon a federal question.

8. A copy of this Notice will be filed with the Prothonotary of Montgomery County, as required by 28 U.S.C. § 1446(d). See Notice of Filing (Exhibit C).

**WHEREFORE**, Moving Defendants, Municipality of Norristown, former Chief of Police Derrick Wood, and Officer Dana Ganard respectfully request that the above captioned action now pending against them in the Court of Common Pleas of Montgomery County,

Pennsylvania, be removed to the United States District Court for the Eastern District of

Pennsylvania.

Respectfully submitted,

**MacMain Leinhauser PC**

Dated: December 21, 2022

David J. MacMain (I.D. No. 59320)
433 W. Market Street, Suite 200
West Chester, PA 19382
*Attorney for Defendants, Municipality of Norristown former Chief of Police Derrick Wood, and Officer Dana Ganard*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARIALYS PEREZ-CAMPOS and JOSE : 
PEREZ, :

                      Plaintiffs :

   v. :

NORRISTOWN BOROUGH, DERRICK : 
WOOD, and DANA GANARD :

---

I, David J. MacMain, Esquire, hereby certify that on this 21st day of December, 2022, copy

of the forgoing Notice of Removal will be filed with the Office of the Prothonotary, Mongomery

County Court of Common Pleas.

**MacMain Leinhauser PC**

Dated: <u>December 21, 2022</u>

David J. MacMain (I.D. No. 59320)
433 W. Market Street, Suite 200
West Chester, PA 19382
*Attorney for Defendants, Municipality of
Norristown former Chief of Police Derrick
Wood, and Officer Dana Ganard*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARIALYS PEREZ-CAMPOS and JOSE  :
PEREZ,  :
  :
               Plaintiffs  :
  v.  :
  :
NORRISTOWN BOROUGH, DERRICK  :
WOOD, and DANA GANARD  :
  :

### CERTIFICATE OF SERVICE

I, David J. MacMain, Esquire, hereby certify that on this 21st day of December, 2022, a

true and correct copy of the foregoing Notice of Removal was served upon the following via

ECF Notification as follows:

Michael Pansini, Esq.
Steven Mezrow, Esq.
Adam Davis, Esq.
Pansini, Mezrow & Davis
1525 Locust Street
15th Floor
Philadelphia, PA 19102
*Attorneys for Plaintiffs*

**MacMain Leinhauser PC**

Dated:  December 21, 2022

David J. MacMain (I.D. No. 59320)
433 W. Market Street, Suite 200
West Chester, PA 19382
*Attorney for Defendants, Municipality of Norristown former Chief of Police Derrick Wood, and Officer Dana Ganard*

# EXHIBIT A

Case# 2022-19104-1 Docketed at Montgomery County Prothonotary on 11/11/2022 11:18 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

# IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

MARIALYS PEREZ-CAMPOS

vs.

NORRISTOWN BOROUGH

NO. 2022-19104

## PRAECIPE TO REINSTATE / REISSUE

TO THE PROTHONOTARY:

(   )    REISSUE WRIT

(   )    REINSTATE COMPLAINT

ORIGINAL SIGNATURE RETAINED
BY THE FILING PARTY
Signature/ID Number

MICHAEL O PANSINI, ESQ.
Print Name

1525 LOCUST STREET, 15TH FLOOR
Address

PHILADELPHIA, PA 19102

(215) 732-5555
Phone

Case# 2022-19104-1 Docketed at Montgomery County Prothonotary on 11/11/2022 11:18 AM. Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

Marialys Perez-Campos and Jose Perez, w/h

vs.

Borough of Norristown, Derrick Wood and Dana Ganard

NO.

**REINSTATED**

montco\jstrouse 11/11/2022

## CIVIL COVER SHEET

State Rule 205.5 requires this form be attached to any document commencing an action in the Montgomery County Court of Common Pleas. The information provided herein is used solely as an aid in tracking cases in the court system. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.

Name of Plaintiff/Appellant's Attorney: **Michael O. Pansini, Esq./Steven M. Mezrow, Esq.**

Self-Represented (Pro Se) Litigant ☐

Class Action Suit        ☐ Yes    ☒ No

MDJ Appeal    ☐ Yes    ☒ No        **Money Damages Requested** ☒

**Commencement of Action:**        **Amount in Controversy:**

Civil Action Complaint            $50,000.00 or more

## Case Type and Code

Tort: _____

Motor Vehicle Accident _____

Other: _____

Case# 2022-19104-1 Docketed at Montgomery County Prothonotary on 11/11/2022 11:18 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

# PARTICIPANT LIST

PLAINTIFF:

Marialys Perez-Campos and Jose Perez, w/h
10741 Cleary Blvd., Apt 106
Plantation, FL  33324

DEFENDANTS:

1. Borough of Norristown
   235 E. Airy Street
   Norristown, PA  19401

2. Derrick Wood, Chief of Police
   Borough of Norristown
   235 E. Airy Street
   Norristown, PA  19401

3. Dana Ganard
   235 E. Airy Street
   Norristown, PA  19401

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

MARIALYS PEREZ-CAMPOS

vs.

NORRISTOWN BOROUGH

NO: 2022-19104

## NOTICE TO DEFEND - CIVIL

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

LAWYER REFERENCE SERVICE
MONTGOMERY BAR ASSOCATION
100 West Airy Street (REAR)
NORRISTOWN, PA 19404-0268

(610) 279-9660, EXTENSION 201

PRIF0034
R 10/11

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

MARIALYS PEREZ-CAMPOS

vs.

NORRISTOWN BOROUGH

NO. 2022-19104

## CIVIL COVER SHEET

State Rule 205.5 requires this form be attached to any document commencing an action in the Montgomery County Court of Common Pleas. The information provided herein is used solely as an aid in tracking cases in the court system. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.

Name of Plaintiff/Appellant's Attorney:  MICHAEL O PANSINI, Esq., ID: 44455

Self-Represented (Pro Se) Litigant [ ]

**Class Action Suit**   [ ] Yes   [X] No

**MDJ Appeal**   [ ] Yes   [X] No          **Money Damages Requested** [X]

**Commencement of Action:**          **Amount in Controversy:**

Complaint                          More than $50,000

## Case Type and Code

Tort:

    Motor Vehicle

**Other:**

Case# 2022-19104-0 Docketed at Montgomery County Prothonotary on 10/05/2022 10:08 AM, Fee = $200.00 the filed documents. The filing party certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

Marialys Perez-Campos and Jose Perez, w/h

vs.

Borough of Norristown, Derrick Wood and
Dana Ganard

NO.

## CIVIL COVER SHEET

State Rule 205.5 requires this form be attached to any document commencing an action in the Montgomery County Court of Common Pleas. The information provided herein is used solely as an aid in tracking cases in the court system. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.

Name of Plaintiff/Appellant's Attorney: Michael O. Pansini, Esq./Steven M. Mezrow, Esq.

Self-Represented (Pro Se) Litigant ☐

Class Action Suit        ☐ Yes    ☒ No

MDJ Appeal   ☐ Yes    ☒ No        Money Damages Requested ☒

Commencement of Action:                Amount in Controversy:

Civil Action Complaint                $50,000.00 or more

## Case Type and Code

Tort: _____

    Motor Vehicle Accident _____

Other: _____

# PARTICIPANT LIST

## PLAINTIFF:

Marialys Perez-Campos and Jose Perez, w/h
10741 Cleary Blvd., Apt 106
Plantation, FL  33324

## DEFENDANTS:

1. Borough of Norristown
   235 E. Airy Street
   Norristown, PA  19401

2. Derrick Wood, Chief of Police
   Borough of Norristown
   235 E. Airy Street
   Norristown, PA  19401

3. Dana Ganard
   235 E. Airy Street
   Norristown, PA  19401

Case# 2022-19104-0 Docketed at Montgomery County Prothonotary on 1/05/2022 10:08 AM. Fee = $800.00 the filer herein certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania that require filing confidential information and documents differently than non-confidential information and documents.

PANSINI, MEZROW & DAVIS
BY:   MICHAEL O. PANSINI, ESQUIRE
I.D.   #44455
BY:   STEVEN M. MEZROW, ESQUIRE
I.D.   #43746
BY:   ADAM C. DAVIS, ESQUIRE
I.D.   #207186
1525 Locust Street, 15th Floor
Philadelphia, PA 19102
(215) 732-5555                                    Attorneys for Plaintiffs

| | |
|---|---|
| MARIALYS PEREZ-CAMPOS and JOSE PEREZ, w/h 10741 Cleary Blvd., Apt. 106 Plantation, FL 33324 <br><br> vs. <br><br> BOROUGH OF NORRISTOWN 235 E. Airy Street Norristown, PA 19401 and DERRICK WOOD Chief of Police, Borough of Norristown 235 E. Airy Street Norristown, PA 19401 and DANA GANARD 235 E. Airy Street Norristown, PA 19401 | COUNTY OF MONTGOMERY COURT OF COMMON PLEAS CIVIL TRIAL DIVISION <br><br><br><br><br><br><br><br><br><br><br> No. |

## CIVIL ACTION COMPLAINT - NOTICE TO DEFEND
## 2V - MOTOR VEHICLE ACCIDENT

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by an attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.

Montgomery County Bar Association
Lawyer Referral Association
100 W. Airy Street
Norristown, PA 19401
Email: info@montgomerybar.org
Phone: (610) 279-9660

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene viente (20) dias, de plazo al partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparencia escrita o en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede dicidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

Lleve esta demanda a un abogado inmediatamente. Si no tiene abogado o si no tiene el dinero suficiente de telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.

Montgomery County Bar Association
Lawyer Referral Association
100 W. Airy Street
Norristown, PA 19401
Email: info@montgomerybar.org
Phone: (610) 279-9660

Case# 2022-19104-0 Docketed at Montgomery County Prothonotary on 10/05/2022 10:08 AM, Fee = $320.00 The filed files and fees set at the filing time comply with the provisions set forth in the Rules of Professional Conduct, the unified judicial system of pennsylvania, case records public access policy that requires filing parties to redact confidential information and documents unless public access to such information and documents is otherwise required by law.

PANSINI, MEZROW & DAVIS
BY:    MICHAEL O. PANSINI, ESQUIRE
I.D.    #44455
BY:    STEVEN M. MEZROW, ESQUIRE
I.D.    #43746
BY:    ADAM C. DAVIS, ESQUIRE
I.D.    #207186
1525 Locust Street, 15th Floor
Philadelphia, PA  19102
(215) 732-5555                                          **Attorneys for Plaintiffs**

| | |
|---|---|
| MARIALYS PEREZ-CAMPOS and JOSE PEREZ, w/h 10741 Cleary Blvd., Apt. 106 Plantation, FL 33324 : : : : | COUNTY OF MONTGOMERY COURT OF COMMON PLEAS CIVIL TRIAL DIVISION |
| vs. : : | |
| BOROUGH OF NORRISTOWN 235 E. Airy Street Norristown, PA 19401 and DERRICK WOOD Chief of Police, Borough of Norristown 235 E. Airy Street Norristown, PA 19401 and : : : : : : : : : : : | |
| DANA GANARD 235 E. Airy Street Norristown, PA 19401 : : : | No. |

## CIVIL ACTION COMPLAINT
## 2V - MOTOR VEHICLE ACCIDENT

1.    **PLAINTIFF, MARIALYS PEREZ-CAMPOS,** is an adult individual residing

at 10741 Cleary Blvd., Apt. 106, Plantation, FL 33324.

2.    **PLAINTIFF, JOSE PEREZ,** is an adult individual residing at 10741 Cleary

Blvd., Apt. 106, Plantation, FL 33324.

3.    **DEFENDANT, BOROUGH OF NORRISTOWN,** is a municipality of the

Commonwealth of Pennsylvania, and owns, operates, manages, directs and controls the Norristown Borough Police Department which employs Defendant, Derrick Wood and **DEFENDANT, OFFICER DANA GANARD** at the time of this accident.

4. **DEFENDANT, DANA GANARD** was a police officer with the Borough of Norristown, at all times relevant, and acting under color of State Law. **DEFENDANT, DANA GANARD** is being sued in her individual capacity. **DEFENDANT, DANA GANARD,** at all times relevant, was acting within the course and scope of her employment as a Borough of Norristown Police Officer.

5. On or around November 3, 2021, **PLAINTIFF, MARIALYS PEREZ-CAMPOS** was operating a 2019 Toyota Rav4 traveling west on West Basin Street, crossing Markley Street towards James Street in the Borough of Norristown.

6. At the same time, was on duly as a **DEFENDANT, DANA GANARD** and operating a 2018 Ford Police Intercepter police cruiser owned by the Borough of Norristown was travelling southerly direction on Markley Street in the Borough of Norristown. Prior to the subject collision, members of the public observed **DEFENDANT, DANA GANARD** driving careless and at a high rate of speed for no apparent reason at several locations in the Borough.

7. **DEFENDANT, DANA GANARD** had lights and sirens activated while travelling on South Markley Street in the opposing lane of travel, apparently responding to a call.

8. **DEFENDANT, DANA GANARD** had the opportunity to deliberate about her decision to respond to the call.

2

9. While traveling at a high rate of speed, through a residential area, drove in the opposite lane of traffic, in a blind spot from who checked for travel coming from her left before entering the intersection.

10. The police cruiser collided violently with the Perez-Campos' vehicle at the intersection West Basin Street, crossing Markley Street towards James Street.

11. At the time the above referenced pursuit took place, Norristown Police Department, failed to have in place and/or follow and/or train his officers in proper police protocol with regard to the use of high speed driving in response to calls, which resulted in the aforementioned collision.

12. As a result of the subject collision, **PLAINTIFF, MARIALYS PEREZ-CAMPOS** suffered internal injuries and other injuries resulting in severe pain and suffering and post-concussion syndrome, chronic constant headaches with cervicogenic and migrainous features, dizziness and unsteadiness, cognition difficulties specifically short-term memory deficits and concentration and finally there is also an increased in her anxiety specifically panic attacks, there is a left brachial plexus injury, lumbar radiculopathy to the right lower extremity in an L5-S1 dermatomal distribution and TMJ.

13. The negligent, careless, wanton and willful actions of each of the Defendants were undertaken with a reckless disregard for the lives and safety of **PLAINTIFF, MARIALYS PEREZ-CAMPOS** and with deliberate indifference to the rights of **PLAINTIFF, MARIALYS PEREZ-CAMPOS.**

14. The actions of each of the Defendants were undertaken deliberately and/or recklessly, and with knowledge that there was a high degree of probability of harm and with

3

reckless indifference to the consequences, which were likely and did occur to **PLAINTIFF, MARIALYS PEREZ-CAMPOS.**

15. The actions of each of the Defendants were undertaken deliberately and with the knowledge that they were violating all standard police pursuit procedures and policies in effect at that time.

16. All Defendants acted negligently, recklessly and with deliberate indifference in unnecessarily and unreasonably creating the dangerous situation which led to **PLAINTIFF, MARIALYS PEREZ-CAMPOS** being struck by the police vehicle.

17. All Defendants created a policy or custom of deliberate indifference, negligence and recklessness in the training, hiring and supervision of personnel, including officers who would engage in the improper, illegal and unnecessary speeding while responding to calls.

18. The acts/omissions of all Defendants and through their duly authorized agents, servants, workers, employees and/or representatives were committed negligently, recklessly, carelessly, wantonly, maliciously, unlawfully, and unconstitutionally, and by conduct so egregious so as to shock the conscious and all sense of decency.

19. The acts and/or omissions to act of all Defendants and through their duly authorized agents, servants, workers, employees and/or representatives were committed without due regard and with wanton and reckless disregard to the health, safety and welfare of **PLAINTIFF, MARIALYS PEREZ-CAMPOS.**

20. Defendants, individually and by and through their duly authorized agents, servants, workmen, employees, and/or representatives, knew or should have known that

4

Case# 2022-19104-0 Docketed at Montgomery County Prothonotary on 10/05/2022 10:08 AM. Fee = $20.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

they were violating the constitutional rights of **PLAINTIFF, MARIALYS PEREZ-CAMPOS** including her right to freedom from: state created danger, deliberate indifference to her safety; and violations of the right to life secured to **PLAINTIFF, MARIALYS PEREZ-CAMPOS** by the provisions of the Constitution, including the Fourteenth Amendment of the Constitution of the United States and by 42 U.S.C.§1983.

21.    As a direct and proximate result of the negligence, recklessness, carelessness, wrongful, illegal and unconstitutional acts and omissions of the Defendants, individually and by and through their duly authorized servants, workers, employees and/or representatives, **PLAINTIFF, MARIALYS PEREZ-CAMPOS** was caused to suffer serious injuries.

22.    As a direct and proximate result of the negligence, recklessness, carelessness, wrongful, illegal, and unconstitutional acts and omissions of the Defendants, individually and by and through their duly authorized agents, workers, employees and/or representatives, **PLAINTIFF, MARIALYS PEREZ-CAMPOS** was required to expend large sums of money for medical expenses.

23.    As a direct and proximate result of the negligence, recklessness, carelessness, wrongful, and unconstitutional acts and omissions of the Defendants, individually and by and through their duly authorized agents, servants, workers, employees and/or representatives, **PLAINTIFF, MARIALYS PEREZ-CAMPOS** has pain, suffering and loss of life's pleasures.

24.    As a direct result of the negligence, recklessness, carelessness, wrongful, illegal and unconstitutional acts and omissions of all Defendants, individually and by and

5

through their duly authorized agents, servants, workers, employees and/or representatives, **PLAINTIFF, MARIALYS PEREZ-CAMPOS** was deprived of precious rights, privileges and immunities, including the enjoyment of life's pleasures secured unto her by the Constitution of the United States and by 42 U.S.C.§1983.

25.    As a direct result and proximate result of the negligence, recklessness, carelessness, wrongful, illegal, and unconstitutional acts and omissions of all Defendants, individually and by and through their duly authorized agents, servants, workers, employees and/or representatives, **PLAINTIFF, MARIALYS PEREZ-CAMPOS** suffered loss of earnings and/or impairment of earning capacities or earning power.

26.    By reason of the aforesaid negligence of the Defendants, as hereinbefore alleged, the **PLAINTIFF, MARIALYS PEREZ-CAMPOS** suffered severe and permanent injuries to her head, face, left arm, back, legs and abdomen, she also sustained severe and permanent injuries to the bones, muscles, tendons, ligaments, nerves and tissues, post-concussion syndrome, chronic constant headaches with cervicogenic and migrainous features, dizziness and unsteadiness, cognition difficulties specifically short-term memory deficits and concentration and finally there is also an increased in her anxiety specifically panic attacks, there is a left brachial plexus injury, lumbar radiculopathy to the right lower extremity in an L5-S1 dermatomal distribution, TMJ and aggravation and/or exacerbation of all known and unknown pre-existing medical conditions. The Plaintiff, Marialys Perez-Campos,  suffered internal injuries of an unknown nature; she suffered severe aches, pains, mental anxiety and anguish, and a severe shock to her entire nervous system, and other injuries the full extent of which are not yet known. She has in the past and will in the

6

future undergo severe pain and suffering as a result of which she has been in the past and will in the future be unable to attend to her usual duties and occupation, all to her great financial detriment and loss. The **PLAINTIFF, MARIALYS PEREZ-CAMPOS**, believes and therefore avers that her injuries are permanent in nature.

27.     As a result of the aforesaid occurrence, the **PLAINTIFF, MARIALYS PEREZ-CAMPOS**, been compelled, in order to effectuate a cure for the aforesaid injuries, to expend large sums of money for medicine and medical attention and may be required to expend additional sums for the same purposes in the future.

28.     As a result of the aforesaid occurrence, the **PLAINTIFF, MARIALYS PEREZ-CAMPOS**, has been prevented from attending to her usual and daily activities and duties, and may be so prevented for an indefinite time in the future, all to her great detriment and loss.

29.     As a result of the aforesaid occurrence, the **PLAINTIFF, MARIALYS PEREZ-CAMPOS**, has suffered physical pain, mental anguish and humiliation and he may continue to suffer same for an indefinite period of time in the future.

30.     The actions of each of the Defendants violated the following clearly established and well settled federal constitutional rights of **PLAINTIFF, MARIALYS PEREZ-CAMPOS**:

> (a)     Right to be free from deliberate indifference to their safety; and
>
> (b )    Right to be free from state created danger.

31.     Defendants established, recognized, accepted policies, procedures, customs and/or practices of the Borough of Norristown Police Department, which included, at

7

relevant times, the condoning and/or acquiescing to the violation of constitutional rights of citizens, including but not limited to, a policy, procedure, custom or practice of their rights in violation of federal statutes, including 42 U.S.C. §1983.

32.    As set forth below, **PLAINTIFF, MARIALYS PEREZ-CAMPOS** asserts separate claims against the individual Defendants and a Monell claim, identified herein, against Borough of Norristown for deliberate indifference to serious safety needs, state created danger, negligence, Wrongful Death and Survival Actions, and violations of Plaintiffs' rights, due to the Borough of Norristown's failure to train and supervise the individual Defendants, claims brought pursuant to Monell v. Dept. of Soc. Servs., 436 U.S. 658 (1978), Plaintiff seeks remedies pursuant to federal statutes, including 42 U.S.C. §1983 and §1988, damages at law, for violating Plaintiffs' right to be free from deliberate indifference to their safety and right to be free from state created danger and by rights provided by the United States Constitution. Plaintiff also seeks civil damages pursuant to common law for claims pendent to this matter brought for state law actions sounding in negligence, wrongful death and survival actions.

## COUNT I
### VIOLATION OF CIVIL RIGHTS - 42 U.S.C. §1983
### PLAINTIFFS v. DERRICK WOOD

33.    **PLAINTIFF, MARIALYS PEREZ-CAMPOS** incorporates paragraphs 1 through 32 above as though fully set forth herein at length.

34.    **DEFENDANT, CHIEF, DERRICK WOOD**, failed to have an adequate policy in place governing police pursuits for his officers; he failed to properly train his officers in the conduct of such pursuits; and he failed to properly supervise **DEFENDANT, OFFICER**

8

DANA GANARD, before and during the aforementioned pursuit, thereby violating **PLAINTIFF, MARIALYS PEREZ-CAMPOS'** rights under the laws of the Constitution of the United States, in particular, the Fourteenth Amendment, their rights under 42 U.S.C. §1983.

35.    Defendant, Chief, Derrick Wood negligently and unnecessarily with deliberate indifference created a dangerous situation, thereby directly causing serious injury to **PLAINTIFF, MARIALYS PEREZ-CAMPOS**, which is a violation of her rights under the laws and the Constitution of the United States and, in particular, the due process clause of the Fourteenth Amendment and their rights under 42 U.S.C. §1983.

36.    As a direct and proximate result of the aforesaid acts of **DEFENDANT, CHIEF, DERRICK WOOD**, which were committed under color of his authority as Borough of Norristown Police Chief, **PLAINTIFF, MARIALYS PEREZ-CAMPOS** suffered grievous bodily injury which is a violation by said Defendants of the laws and the Constitution of the United States, in particular, the Fourteen Amendment to the United States Constitution and 42 U.S.C. §1983, which makes said Defendants liable to the Plaintiffs.

37.    The acts committed by **DEFENDANT, CHIEF, DERRICK WOOD**, with deliberate indifference and constituting a state created danger caused the previously described injuries to **PLAINTIFF, MARIALYS PEREZ-CAMPOS'** in violation of her constitutional rights as previously set forth in the aforementioned paragraphs.

38.    **DEFENDANT, CHIEF, DERRICK WOOD**, in his supervisory capacity over **DEFENDANT, DANA GANARD**, as set forth above and based upon his knowledge of other prior misconduct of **DEFENDANT, DANA GANARD** pertaining to interacting with the public

9

and inappropriately operating her police cruiser while on duty, and his failure to discipline or properly train **DEFENDANT, DANA GANARD** prior to the subject collision constitutes an acquiescence to **DEFENDANT, DANA GANARD's** violation of **PLAINTIFF, MARIALYS PEREZ-CAMPOS'** rights.

39.    **DEFENDANT, CHIEF, DERRICK WOOD**, in his role as policymaker for the Borough of Norristown Police Department, with deliberate indifference to the consequences, established, implemented and maintained a policy or custom of inadequate training and therefore caused **DEFENDANT, DANA GANARD** to operate her cruiser in an unsafe manner which deprived the **PLAINTIFF, MARIALYS PEREZ-CAMPOS'** of life and liberty, which directly caused the constitutional harm to **PLAINTIFF, MARIALYS PEREZ-CAMPOS'**.

WHEREFORE, **PLAINTIFF, MARIALYS PEREZ-CAMPOS**, demands judgment against **DEFENDANT, DERRICK WOOD**, individually and/or jointly and severally with all named defendants, in excess of Fifty Thousand ($50,000.00) Dollars, exclusive of interests and costs, which sum includes but is not limited to:

    (a)    a compensatory damage award;

    (b)    reasonable attorney's fees and costs pursuant to
           42 U.S.C. §1988;

    (c)    reasonable medical and funeral expenses;

    (d)    lost wages;

    (e)    damages for pain and suffering;

    (f)    punitive damages; and

    (g)    such other and further relief as appears

10

reasonable and just; all other damages recoverable under 42 U.S.C. §1983.

## COUNT II
### VIOLATION OF CIVIL RIGHTS - 42 U.S.C. §1983
### PLAINTIFFS v. DANA GANARD

40.    PLAINTIFF, MARIALYS PEREZ-CAMPOS incorporates paragraphs 1 through 39 above as though fully set forth herein at length.

41.    DEFENDANT, DANA GANARD, responding to an officer assist call, and during an unlawful high speed pursuit thereby violating PLAINTIFF, MARIALYS PEREZ-CAMPOS' rights under the laws of the Constitution of the United States, in particular, the due process clause of the Fourteenth Amendment and their rights under 42 U.S.C. §1983.

42.    DEFENDANT, DANA GANARD, negligently and unnecessarily with deliberate indifference created a dangerous situation, thereby directly causing serious injury to PLAINTIFF, MARIALYS PEREZ-CAMPOS, which is a violation of her rights under the laws and the Constitution of the United States and, in particular, the due process clause of the Fourteenth Amendment and 42 U.S.C. §1983.

43.    As a direct and proximate result of the aforesaid acts of DEFENDANT, DANA GANARD, which were committed under color of her authority as a Borough of Norristown Police Officer, PLAINTIFF, MARIALYS PEREZ-CAMPOS suffered grievous bodily injury which is a violation by said Defendant of the laws and the Constitution of the United States, in particular, Fourteenth Amendment to the United States Constitution and 42 U.S.C. §1983, all of which makes said Defendant liable to the Plaintiffs.

44.    The acts committed by DEFENDANT, DANA GANARD, constitute deliberate indifference and state created danger upon PLAINTIFF, MARIALYS PEREZ-CAMPOS

11

which caused the previously described injuries to **PLAINTIFF, MARIALYS PEREZ-CAMPOS**. The actions of shocks the conscious, the harm caused to the **PLAINTIFF, MARIALYS PEREZ-CAMPOS** was foreseeable and direct, further, the **PLAINTIFF, MARIALYS PEREZ-CAMPOS** were foreseeable victims. **DEFENDANT, DANA GANARD'S** actions were an affirmative use of her authority in a way that created a danger to the citizens, including the **PLAINTIFF, MARIALYS PEREZ-CAMPOS'**, that rendered her more vulnerable to danger than had **DEFENDANT, DANA GANARD** not acted at all, all in violation of the Fourteen Amendment to the Constitution of the United States and 42 U.S.C. §1983.

## COUNT III
### CIVIL RIGHTS - MONELL CLAIM (42 U.S.C. §1983)
### PLAINTIFFS v. DEFENDANT, BOROUGH OF NORRISTOWN

45.    **PLAINTIFF, MARIALYS PEREZ-CAMPOS** incorporates paragraphs 1 through 44 above as though fully set forth herein at length.

46.    **DEFENDANT, BOROUGH OF NORRISTOWN** failed to have an adequate policy in place governing responding to calls; it failed to properly train its officers in the conduct of such pursuits; it failed to supervise its officers during such pursuits; it permitted or acquiesced to a custom of constitutional deprivation with regard to its police officers engaging in high speed pursuits.

47.    As such, said Defendants acted with deliberate indifference to the rights of persons with whom the police officers come into contact, including **PLAINTIFF, MARIALYS PEREZ-CAMPOS.**

48.    Said Defendant's actions were the moving force behind the actions of

12

**DEFENDANTS, CHIEF DERRICK WOOD AND DANA GANARD**, as specified above.

WHEREFORE, **PLAINTIFF, MARIALYS PEREZ-CAMPOS**, demands judgment against the **DEFENDANT, BOROUGH OF NORRISTOWN**, individually and/or jointly and severally with the other defendants in excess of Fifty Thousand ($50,000.00) Dollars, exclusive of interests and costs, which sum includes but is not limited to:

(a)    a compensatory damage award;

(b)    reasonable attorney's fees and costs pursuant to 42 U.S.C. §1988;

(c)    reasonable medical and funeral expenses;

(d)    lost wages;

(e)    damages for pain and suffering;

(f)    punitive damages; and

(g)    such other and further relief as appears reasonable and just; all other damages recoverable under 42 U .S.C. §1983.

## COUNT IV
## RESPONDEAT SUPERIOR/VICARIOUS LIABILITY REGARDING PENNSYLVANIA STATE LAW CLAIMS PLAINTIFFS V. BOROUGH OF NORRISTOWN

49.    Plaintiff hereby incorporate paragraphs 1 through 48 above as if the same were set forth more fully at length herein.

50.    At all times relevant herein, **DEFENDANT, DANA GANARD** was acting or failing to act, in her capacity and/or in the scope of her employment as an agent, servant or employee of the Borough of Norristown and was engaged in the furtherance of the business of the Borough.

13

51.    As a direct and proximate result of the above-described negligent acts and omissions of the Borough of Norristown, acting by and through **DEFENDANT, DANA GANARD, PLAINTIFF, MARIALYS PEREZ-CAMPOS** sustained and suffered the injuries which are set forth above and have suffered the damages set forth in Counts IV, V and VI above.

WHEREFORE, **PLAINTIFF, MARIALYS PEREZ-CAMPOS,** demands judgment against the **DEFENDANT, BOROUGH OF NORRISTOWN,** in excess of Fifty Thousand ($50,000.00) Dollars, together with interests, costs and delay damages, pursuant to Pa. R. C. P. 238.

## COUNT V
## LOSS OF CONSORTIUM
## PLAINTIFF v. ALL DEFENDANTS

52.    **PLAINTIFF, CARLOS NUNEZ,** hereby incorporates the allegations contained in the preceding paragraphs, inclusive, as if fully set forth herein at length.

53.    **PLAINTIFF, CARLOS NUNEZ,** is the spouse of **PLAINTIFF, MARIALYS PEREZ-CAMPOS,** and as such has incurred expense in the treatment of his spouses injuries and may in the future be caused to incur additional expenses as he has in the past.

54.    As a result of the aforesaid occurrence, **PLAINTIFF, CARLOS NUNEZ,** to his great detriment and loss, has been deprived of the society, companionship, services and consortium of his spouse, all of which may be permanent.

WHEREFORE, **PLAINTIFF, CARLOS NUNEZ,** demands damages of the Defendants herein, jointly and severally, in a sum in excess of Fifty Thousand ($50,000.00) Dollars, plus interest and costs as permitted by law.

14

Respectfully submitted,

PANSINI, MEZROW & DAVIS

DATE:  October 5, 2022

BY:  /s/ MICHAEL O. PANSINI
MICHAEL O. PANSINI, ESQUIRE
STEVEN M. MEZROW, ESQUIRE
ADAM C. DAVIS, ESQUIRE
Attorneys for Plaintiffs

15

## VERIFICATION

I, Marialys Perez-Campos       , state that I am the within named Plaintiff and that

the facts set forth in the foregoing _ Civil Action Complaint _____

are true and correct to the best of my knowledge, information and belief; and that this

statement is made subject to the penalties of 18 Pa. C.S.A. Section 4904 relating to

unsworn falsification to authorities.

x Marialys P. _____

MARIALYS PEREZ-CAMPOS

DATED: __10/5/22_____

**EXHIBIT B**

Case #2022-19104

| | |
|---|---|
| **Case Number** | 2022-19104 |
| **Commencement Date** | 10/6/2022 |
| **Case Type** | Complaint Civil Action |
| **PFA Number** | |
| **Caption Plaintiff** | PEREZ-CAMPOS, MARIALYS |
| **Caption Defendant** | NORRISTOWN BOROUGH |
| **Lis Pendens Indicator** | No |
| **Status** | 2 - OPEN |
| **Judge** | SALTZ |
| **Remarks** | |
| **Sealed** | No |
| **Interpreter Needed** | |

## Plaintiffs

| Name | Address | Country | Counsel | Notify | Sequence |
|---|---|---|---|---|---|
| PEREZ-CAMPOS, MARIALYS | 10741 CLEARY BOULEVARD, APT 106 PLANTATION, FL 33324 UNITED STATES | UNITED STATES | PANSINI, MICHAEL O MEZROW, STEVEN M DAVIS, ADAM | Yes | 1 |
| PEREZ, JOSE | 10741 CLEARY BOULEVARD, APT 106 PLANTATION, FL 33324 UNITED STATES | UNITED STATES | PANSINI, MICHAEL O MEZROW, STEVEN M DAVIS, ADAM | Yes | 2 |

## Defendants

| Name | Address | Country | Counsel | Notify | Sequence |
|---|---|---|---|---|---|
| NORRISTOWN BOROUGH | 235 E. AIRY STREET NORRISTOWN, PA 19401 UNITED STATES | UNITED STATES | | Yes | 1 |
| GANARD, DANA | 235 E. AIRY STREET NORRISTOWN, PA 19401 UNITED STATES | UNITED STATES | | Yes | 2 |
| WOOD, DERRICK | CHIEF OF POLICE, BOROUGH OF NORRISTOWN 235 E. AIRY STREET NORRISTOWN, PA 19401 UNITED STATES | UNITED STATES | | Yes | 3 |

## Docket Entries

| Seq. | | Filing Date | Docket Type | Docket Text | Sealed | Filing ID |
|---|---|---|---|---|---|---|
| 0 | E | 10/6/2022 | Complaint Civil Action | | No | 13685974 |
| 1 | E | 11/11/2022 | Praec to Reinstate | | No | 13728067 |
| 2 | | 11/23/2022 | (Internal Use Only) Served | DERRICK WOOD, CHIEF OF POLICE ON 11/22/22 | No | 13741128 |
| 3 | | 11/23/2022 | (Internal Use Only) Served | DANA GANARD ON 11/22/22 | No | 13741139 |
| 4 | | 11/23/2022 | (Internal Use Only) Served | BOROUGH OF NORRISTOWN ON 11/22/22 | No | 13741140 |
| 6 | | 12/6/2022 | Order - Other | (CIVIL CASE MANAGEMENT) OF 12/6/22 KEHS,CA FACT DISCOVERY TO BE COMPLETED WITHIN 18 MONTHS RULE 236 NOTICE PROVIDED ON 12/06/2022 | No | 13754978 |

# EXHIBIT C

**IN THE COURT OF COMMON PLEAS**
**MONTGOMERY COUNTY, PENNSYLVANIA**

MARIALYS PEREZ-CAMPOS and          :
JOSE PEREZ,                         :
                                   :
            Plaintiffs,             :
                                   :
    v.                              :          DOCKET NO. 2022-19104
                                   :
                                   :
NORRISTOWN BOROUGH,                 :
DERRICK WOOD, and DANA              :
GANARD,                            :
                                   :
            Defendants.     :
                                   :

**To the Office of the Prothonotary of Montgomery County:**

Pursuant to 28 U.S.C. § 1446(d) Defendants, Municipality of Norristown, former Chief

of Police Derrick Wood, and Officer Dana Ganard, file herewith a copy of the Notice of

Removal filed in the United States District Court for the Eastern District of Pennsylvania on

December 21, 2022.

Respectfully submitted,

**MacMain Leinhauser PC**

Dated: December 21, 2022

David J. MacMain (I.D. No. 59320)
433 W. Market Street, Suite 200
West Chester, PA 19382
*Attorney for Defendants, Municipality of*
*Norristown former Chief of Police Derrick*
*Wood, and Officer Dana Ganard*